**FOR PUBLICATION**

```
        IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
             DIVISION OF ST. THOMAS AND ST. JOHN
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ALEXANDRE GRADYS,<br><br>       Defendant. | Criminal No. 2008-56 |

**ATTORNEYS:**

**Ishmael Meyers, Jr.**
St. Thomas, U.S.V.I.
   *For the plaintiff,*

**Jessie A. Gessin, AFPD**
St. Thomas, U.S.V.I.
   *For the defendant.*

<u>ORDER</u>

**GÓMEZ, C.J.**

    Before the Court is the motion of the defendant, Alexandre Gradys ("Gradys"), to dismiss the indictment filed against him in the above-captioned matter.

    On August 12, 2008, Gradys applied for asylum with the Citizenship and Immigration Service ("CIS") in St. Thomas, U.S. Virgin Islands. A CIS records check revealed that Gradys had

*United States v. Gradys*
Criminal No. 2008-56
Order
Page 2

previously been deported, and did not have permission to reenter the United States. When Gradys appeared for his asylum interview, he was arrested.

On December 4, 2008, the grand jury returned a superceding indictment (the "Indictment") against Gradys. The Indictment charges Gradys with illegally reentering the United States without permission after previously having been deported, in violation of 8 U.S.C. § 1326(a).

Gradys argues that the Indictment in this matter must be dismissed in light of his pending application for asylum. However, Gradys has not cited, nor is the Court aware of, any authority for the proposition that a court must dismiss a criminal indictment to enable an alien to obtain asylum. Gradys is not entitled to dismissal of the Indictment simply due to the fact that he has a pending application for asylum. *Cf. United States v. Reyes-Salgado*, 13 Fed. Appx. 705, 706 (9th Cir. 2001) (holding that dismissal of a criminal indictment was not appropriate on grounds that the government refused to grant him an asylum hearing) (unpublished). Accordingly, it is hereby

**ORDERED** that the motion to dismiss is **DENIED.**

S\_____
**CURTIS V. GÓMEZ**
**Chief Judge**